**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS INMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-5866 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

**ORDER**

AND NOW, this 21st day of October, 2009, pursuant to F.R.C.P. 56(d), the Court will

GRANT Plaintiff's Motion for Summary Judgment (Doc. No. 10) in part, as set forth in the

foregoing Memorandum.


BY THE COURT:


/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.


A:\Inman v. NCO - Order -  MSJ_10.09.wpd