IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS INMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-5866 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

**O R D E R**

**AND NOW, TO WIT:** This   29th   day of January, 2010, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:   s/Lynn Meyer
         Lynn Meyer
         Deputy Clerk

cc:     Derek Layser, Esquire (e-mail)
        Philip Stern, Esquire (e-mail)
        Bryan Shartle, Esquire (e-mail)
        David Israel, Esquire (e-mail)
        Joan Depfer, Esquire (e-mail)

O:\41(b) Orders to Dismiss\Inman v. NCO 08-5866 - 41b order.wpd